HENRY BAMBER, Receiver, etc., Appellant, *v.* THE CITY OF ROCHESTER, Respondent.

(Submitted October 7, 1884 ; decided October 21, 1884.)

*Daniel Wood* for appellant.

*John N. Beckley* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

ARCHIBALD MCPHERSON, Respondent, *v.* GEORGE SANDROCK, Appellant.

(Submitted October 8, 1884 ; decided October 21, 1884.)

*David F. Day* for appellant.

*Morris Morey* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JULES L. REDMOND, Appellant, *v.* JAMES T. EASTON et al., Respondents.

(Argued October 7, 1884; decided October 21, 1884.)

*Levi A. Fuller* for appellant.

*Edward D. McCarthy* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.